

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 27, 2019

**BY EMAIL AND HAND DELIVERY**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   *United States* v. *Yosef Ziegler*
             **19 Mag. 11171**

Dear Judge Karas:

    The Government respectfully requests a stay of the bail order set in this case last night by the Honorable Judith C. McCarthy, United States Magistrate Judge, pending resolution of the Government's appeal currently before the Court.[1] Oral argument on the appeal has been scheduled for Tuesday, December 3 at 11:00 A.M. The defendant consents to the requested stay. If this is acceptable to the Court, the Government requests that the Court "so order" this letter.

    Thank you.

                                          Respectfully submitted,

                                          GEOFFREY BERMAN
                                          United States Attorney

                                By: _____
                                          Courtney Heavey
                                          Shiva H. Logarajah
                                          Assistant United States Attorneys
                                          914-993-1927/1918

SO ORDERED _____
KENNETH M. KARAS U.S.D.J.
11/27/19

---

[1] The Magistrate Judge has stayed the defendant's release until bail conditions are met. In main, the conditions require the defendant post a $600,000 bond—$500,000 of which must be secured—signed by 8 financially responsible persons.

Cc: Henry E. Mazurek, Esq., Counsel for Defendant